LAW OFFICES
MONTELEONE & McCRORY, LLP
725 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5446
TEL: (213) 612-9900  FAX: (213) 612-9930
Thomas P. McGuire (SB #66789)
mcguire@mmlawyers.com

Attorneys for Defendants
OBAYASHI CORPORATION,
TOSHINORI IWAMOTO AND
SAVIO FERNANDES

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| COGNITIM, INC., | CASE NO. C 05 3747 SC |
| Plaintiff, | **STIPULATION RE: SETTLEMENT** <br><br> ORDER |
| v. | |
| OBAYASHI CORPORATION; TOSHINORI IWAMOTO; SAVIO FERNANDES, AND DOES 1-20, INCLUSIVE, | Judge: Hon. Samuel Conti <br> Courtroom: 1 |
| Defendants. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice and without cost to either party.

Dated: 7/10/2006    By _____VIPIN SUNEJA_____
                         Plaintiff COGNITIM, INC.

Dated: 6/29/06    By _____
                         Defendant OBAYASHI CORPORATION

| | | |
|---|---|---|
| 1 | Dated: 6/29/06 | By _____<br>Defendant TOSHINORI IWAMOTO |
| 2 | | |
| 3 | Dated: 6/29/06 | By _____<br>Defendant SAVIO FERNANDES |

**IT IS SO ORDERED**

*Samuel Conti* (signature)

Judge Samuel Conti

7/25/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION RE: SETTLEMENT – C 05 3747 SC